# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAR ELECTRO OY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1100-GMS |
| ) | |
| SUUNTO OY, AMER SPORTS WINTER & ) | **JURY TRIAL DEMANDED** |
| OUTDOOR d/b/a SUUNTO USA, and ) | |
| FIRSTBEAT TECHNOLOGIES OY, ) | |
| ) | |
| Defendants. ) | |

## PROOF OF SERVICE

Pursuant Fed. R. Civ. Proc. 4(1)(2)(A) and Article 6 of the Hague Convention, Plaintiff, Polar Electro Oy, submits the attached proof of service of the Complaint (Docket No. 1) on Firstbeat Technologies Oy that has been issued by the Finnish Central Authority.

                                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John Moran
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Tel: (202) 955-3000

Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700

Dated: December 9, 2011
1038599 / 38474

By: /s/ David E. Moore
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Plaintiff Polar Electro Oy*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Polar Electro Oy | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 11-1100-UNA |
| Suunto Oy, et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
          Firstbeat Technologies Oy
          Yliopistonkatu 28A, 2nd floor
          FI-40100 Jyväskylä
          Finland

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          David E. Moore, Esq.
          Potter Anderson & Corroon LLP
          Hercules Plaza 6th Floor
          1313 N. Market Street
          Wilmington, Delaware 19899

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                               CLERK OF COURT

                                                                               */s/ Nicole M. Selmyer*

Date:     11/09/2011
                                                                               *Signature of Clerk or Deputy Clerk*

OM 230/721/2011

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   -- the (date) -- *le (date)* ___7 December 2011___
   -- at (place, street, number) - *à (localité, rue, numéro)* ___at "Jyväskylä"___

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5, alinéa premier, lettre a)*

   [ ] (b) in accordance with the following particular method:
   b) *selon la forme particulière suivante:* ___

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)* ___FIRSTBEAT TECHNOLOGIES OY / Managing Director Joni Kettunen___

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*


In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service
*Le cas échéant, les documents justificatifs de l'exécution*

Done at ___Helsinki___, the ___9.12.2011___
*Fait à*                       *, le*

Signature and/or stamp
*Signature et/ou cachet*
___Legal Adviser Tuuli Kainulainen___